# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT NUCKLES | : | |
| | : | |
| Plaintiff, | : | NO.  3:01cv753 (MRK) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

United States' Motion To Amend Its Answer To Raise An Additional Affirmative Defense [doc. #31], dated December 23, 2003, is hereby **GRANTED** absent objection.  The Clerk is directed to docket the Amended Answer of Defendant United States of America, dated December 23, 2003.

IT IS SO ORDERED.

/s/ <u>        Mark R. Kravitz        </u>
U.S.D.J.

Dated at New Haven, Connecticut: <u>January 26, 2004</u>.