**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ROBERT NUCKLES<br>    Plaintiff | :<br>:<br>: |
| Vs. | :    CIVIL ACTION No.: 301CV753 (MRK)<br>: |
| UNITED STATES OF AMERICA<br>    Defendant | :<br>:    FEBRUARY 3, 2004 |

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF ALLOWING DEFENDANT'S MOTION TO AMEND ITS ANSWER

On January 26, 2004 the Court, per the Honorable Mark R. Kravitz, U.S.D.J., granted defendant's Motion To Amend Its Answer To Raise An Additional Affirmative Defense [doc. #31], dated December 23, 2003. Plaintiff The plaintiff

In support of this Motion the plaintiff states:

(1) Despite due diligence, the plaintiff failed to file a timely respond to defendant's Motion To Amend Its Answer To Raise An Additional Affirmative Defenses.

(2) Plaintiff's counsel mistakenly believed that defendant's Motion to Amend Its Answer would be addressed at the Pre-Trial Conference which had been scheduled for February 2, 2004 and that a formal objection was not required.

WHEREFORE, the plaintiff respectfully requests that the Court grant his Motion for Reconsideration of the granting of Defendant's Motion to Amend its Answer.

> PLAINTIFF,
> ROBERT NUCKLES
>
> BY: *[signature]*
> Eric J. Land, Esq.
> FED. Bar No. CT12851
> 118 Poquonnock Road
> P.O. Box 1409
> Groton, CT 06340
> (860) 449-0341

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, this 3rd day of February, 2004 to the following counsel of record:

Michael A. Dilauro, Esq.,
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271

_____
ERIC J. LAND