HONORABLE M. RakraviTz (January 10, 2002)

DEPUTY CLERK K. Ghilardi    RPTR/ERO/TAPE Thea

TOTAL TIME: 1 hours 25 minutes

DATE Feb 2, 2004    START TIME 11:05    END TIME 12:30
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Nuckles

CIVIL NO. 3:01 CV 753 MRK

§                      Eric F. James Land
§                      Plaintiff's Counsel
vs.                    § ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                      Michael A. Dilauro
§                      Defendants Counsel
USA                    Stephen A. Flynn

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing        ☐ (confmhrg.) Confirmation Hearing     ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing        ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

☑ ...#___ Motion Pre-Trial Conference _____ ☐ granted ☐ denied ☐ advisement
☑ ...___ Motion ~~_____~~ ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...... ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ ☐ filed ☐ docketed
☐ ...... _____ Hearing continued until _____ at _____