UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Feb 26  2 13 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ROBERT NUCKLES             :
                           :       CASE NO. 3:01CV753(MRK)
        Plaintiff,         :
                           :
VS.                        :
                           :
UNITED STATES OF AMERICA   :       FEBRUARY 24, 2004
                           :
        Defendant.         :

### NOTICE OF APPERANCE

Please enter the appearance of Stephen C. Embry on behalf of the Plaintiff, Robert Nuckles in the above-captioned matter.

THE PLAINTIFF,
ROBERT NUCKLES

BY _____
STEPHEN C. EMBRY, ESQ.
EMBRY & NEUSNER
P.O. BOX 1409
118 POQUONNOCK ROAD
GROTON, CT 06340
BAR NO. ct 05327
PHONE: (860) 449-0341

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed via U.S. mail, postage prepaid, on February 25, 2004 to the following:

Attorney Micheal A. Dilauro
Attorney Stephen G. Flynn
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271

							ERIC J. LAND
							118 Poquonnock Road
							Groton, CT 06340
							(860) 449-0341
							Federal Bar # ct12851