UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 4  10 25 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| ROBERT E. NUCKLES,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CIVIL ACTION NO. 3:01 CV 753 (MRK) |
| ) | |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Defendant.   ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephen G. Flynn, Trial Attorney, United States Department of Justice, as counsel for the defendant, United States of America, in the above-referenced case.

Date:   March 3, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNER
United States Attorney

BRENDA M. GREEN
Assistant United States Attorney

*Michael A D. Lu* (signature)
MICHAEL A. DILAURO, Trial Attorney
STEPHEN G. FLYNN, Trial Attorney
U.S. Department of Justice
Post Office Box 14271
Washington, D.C. 20044-4271

Counsel for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by Federal Express this **3rd** day of **Mar. 2004**, addressed to the following counsel of record:

> Eric J. Land, Esq.
> Stephen C. Embry, Esq.
> Embry & Neusner
> 118 Poquonnock Road
> Groton, CT 06340
> Tel. (860) 449-0341

> _____
> MICHAEL A. DILAURO