UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT NUCKLES, | : | |
| | : | |
| Plaintiff, | : | NO. 3:01cv753 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

**PRETRIAL SCHEDULING ORDER**

The Court having conferred telephonically with the parties on April 16, 2004, in the above-captioned matter, the following is hereby ordered:

1) On **April 30, 2004,** the parties shall file simultaneous opening pretrial briefs as well as proposed findings of fact and conclusions of law. A Chambers' copy shall also be provided, both in paper form and on a 3½" computer diskette in WordPerfect 10.0 format;

2) On **May 5, 2004**, the parties shall file simultaneous replies to the submissions of April 30, 2004, along with Chambers' copies of the replies and diskettes, if necessary.

3) On **April 30, 2004**, the parties shall exchange pre-marked copies of all exhibits that they expect to seek to admit at trial. On the same date, counsel shall provide one copy (for use by Chambers) of all such pre-marked exhibits in tabbed three-ring binders, along with an index to the exhibits. On **May 7, 2004**, counsel shall provide the Courtroom Deputy Kenneth Ghilardi with the original exhibits with a list of exhibits and witnesses.

4) Trial will commence at **9:00 a.m.** on **May 11, 2004** and continue on **May 12, 17 and 18**.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
                      U.S.D.J.

Dated at New Haven, Connecticut: April 19, 2004.