UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room #306

Friday, April 16, 2004
3:30 p.m.

CASE NO. **3:01cv753 MRK**   **Nuckles v USA**

Michael A. Dilauro
U.S. Department of Justice
Torts Branch, Civil Division
PO Box 14271
Washington, DC 20044-4271

STATUS CONFERENCE HELD

DATE: 4/16/04

30 min.

Eric James Land
Embry & Neusner
118 Poquonnock Rd., Po Box 1409
Groton, CT 06340

Stephen C. Embry
Embry & Neusner
118 Poquonnock Rd., Po Box 1409
Groton, CT 06340

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK