UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Nuckles

V.                              Case Number: 3:01cv753 (MRK)

USA

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on May 6, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter. The Court will allow the parties to file closing papers in sixty (60) days.

Accordingly, an order of dismissal will be entered on July 6, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, May 6, 2004.


KEVIN F. ROWE, CLERK

By  /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk