# EMBRY AND NEUSNER

LAW OFFICES AT: 118 POQUONNOCK ROAD, P.O. BOX 1409 GROTON, CONNECTICUT 06340-1409   (860) 449-0341  FAX (860) 449-9070

July 1, 2004

Clerk's Office
United States District Court
District of Connecticut
141 Church Street
New Haven, CT 06510

Robert Nuckles v. United States of America
Docket No. 301CV753 (MRK)

Dear Clerk:

On May 6, 2004 the above captioned matter was reported settled. The parties were allowed 60 days, or until July 6, 2004, to file closing papers.

Please be advised that this matter **has not** yet in fact settled. The plaintiff hereby respectfully requests an additional 60 days to file settlement papers, or in the alternative, to reinstate the matter to the trial docket.

Respectfully,

Eric J. Land, Esq.
EJL/eq

cc: Attorney Michael DiLauro
    Honorable Mark R. Kravitz, U.S.D.J.