UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT NUCKLES | : | |
| | : | |
| Plaintiff, | : | NO. 3:01cv753 (MRK) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant. | : | |

## ORDER

Construing Plaintiff's letter as a Motion For Extension Of Time [doc. # 49], dated July 1, 2004, the motion is GRANTED to the following extent. Parties shall file settlement documents in this case on or before **September 7, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: July 8, 2004.