FILED

SEP 1   12 49 PH '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT NUCKLES<br>Plaintiff<br><br>Vs.<br><br>UNITED STATES OF AMERICA<br>Defendant | CIVIL ACTION No.: 301CV753 (MRK)<br><br>AUGUST 31, 2004 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT PAPERS AND/OR REINSTATE THE MATTER TO THE TRIAL DOCKET

Pursuant to Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiff, ROBERT NUCKLES, hereby moves for an extension of time to file closing papers in the above captioned matter or in the alternative to reinstate the matter to the trial docket. Particularly, the plaintiff hereby moves for an extension of time until November 9, 2004 to file closing papers or in the alternative to schedule the matter for a pre-trial conference.

In support of this Motion the plaintiff states:

(1) A settlement agreement in this matter was reported to the Court on or about May 6, 2004. Closing papers were to be filed on or before July 6, 2004. An extension of time by the Court was granted until September 7, 2004 to file the closing papers.

(2) Despite due diligence on the part of the parties to this matter, closing papers still have not been executed or approved.

(3) This is the plaintiff's second motion regarding an extension of time for filing closing papers.

WHEREFORE, the plaintiff respectfully requests that the Court grant his Motion for an Extension of Time to file closing papers, or in the alternative to restore the matter to the trial docket.

>                                PLAINTIFF,
>                                ROBERT NUCKLES
>
>                       BY: _____
>                                Eric J. Land, Esq.
>                                FED. Bar No. CT12851
>                                118 Poquonnock Road
>                                P.O. Box 1409
>                                Groton, CT 06340
>                                (860) 449-0341

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion was mailed via first-class mail, postage prepaid, this 31st day of August, 2004 to the following party of record:

Michael A. Dilauro, Esq.,
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271

_____
ERIC J. LAND