FILED
SEP 1 12 50 PM '04

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT NUCKLES<br>    Plaintiff | : <br> : <br> : |
| Vs. | :    CIVIL ACTION No.: 301CV753 (MRK) <br> : |
| UNITED STATES OF AMERICA<br>    Defendant | : <br> :    AUGUST 31, 2004 <br> : |

## PLAINTIFF'S REQUEST FOR SETTLEMENT CONFERANCE

The plaintiff, ROBERT NUCKLES, through counsel hereby requests that the above-captioned matter be set down for a settlement conference.

In support of this Request the plaintiff states:

(1) A settlement agreement in this matter was reported to the Court on or about May 6, 2004. Closing papers were to be filed on or before July 6, 2004. An extension of time by the Court was granted until September 7, 2004 to file the closing papers.

(2) Despite due diligence on the part of the parties to this matter, closing papers still have not been executed or approved.

(3) As part of the previously reached settlement agreement, the Workers' Compensation Carrier, who claims a lien in this matter, was to be satisfied.

(4) The Workers' Compensation Carrier is Electric Boat Corporation, located at 75 Eastern Point Road, Groton, CT 06340; Attention Alvin J. Ayers.

(5) Electric Boat Corporation is now making demands which do not appear to be resolvable without the Court's assistance. In particular, Electric Boat Corporation is making demand that plaintiff withdraw all of his workers' compensation previously filed against Electric Boat Corporation even though such claims have no relation to the underlying cause of this action.

WHEREFORE, the plaintiff respectfully requests that the Court schedule a settlement conference to discuss the finalization of the previously reached settlement agreement. Plaintiff further requests that Electric Boat Corporation be cited in for any such settlement hearing.

PLAINTIFF,
ROBERT NUCKLES

BY: _____
Eric J. Land, Esq.
FED. Bar No. CT12851
118 Poquonnock Road
P.O. Box 1409
Groton, CT 06340
(860) 449-0341

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion was mailed via first-class mail, postage prepaid, this 31st day of August, 2004 to the following party of record:

Michael A. Dilauro, Esq.,
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271

and to:

Mr. Alvin J. Ayers
Workers' Compensation Department
75 Eastern Point Road
Groton, CT 06360

_____