UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT NUCKLES | : | |
| | : | |
| Plaintiff, | : | NO. 3:01cv753 (MRK) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Counsel of record having reported to the Court on September 16, 2004, that the above-captioned case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed pursuant to Local Rule 41. Either party may move at any time before **January 1, 2005** to re-open the case if the settlement has not been consummated according to the agreement of the parties. The Clerk is directed to close the file.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: September 17, 2004.